832 A.2d 318

IN THE MATTER OF NICHOLAS PANARELLA, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 000831974).

October 3, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–089, concluding that **NICHOLAS PANAREL-LA, JR.,** of **MARLTON**, who was admitted to the bar of this State in 1974, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of the Court filed on April 3, 2001, should be suspended from the practice of law for a period of three years for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), established by respondent's plea of guilty to violation of 18 *U.S.C.A.* §§ 3, 1343 and 1346, and good cause appearing;

It is ORDERED that **NICHOLAS PANARELLA, JR.,** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to April 3, 2001; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.